(125 So. 604)

Florence BOOKER v. CITY OF BIRMING-
HAM. (6 Div. 538.)

Supreme Court of Alabama. Dec. 19, 1929.

Rehearing Denied Jan. 23, 1930.

Harrison Kendrick, of Birmingham, for petitioner.

W. J. Wynn and Ralph E. Parker, both of Birmingham, opposed.

THOMAS, J. Petition of Florence Booker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Booker v. City of Birmingham, 125 So. 603.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.